UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH BARRIOS, | ) | CASE NO.  CV 10-3085 (SS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and the action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.

DATED:    January 27, 2011

                                        /S/
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE